**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| RONALD EMRIT, | ) | CASE NO.  1:23-cv-1344 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) | |
| | ) | |
| SABINE AISHA JULES, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

For the reasons stated in this Court's Memorandum Opinion and Order, this action is dismissed pursuant to 28 U.S.C. § 1915(e) for lack of subject matter jurisdiction.  Further, the Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE

**Date**: November 28, 2023